UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NORLIN MERRITT and MARIA MERRITT,<br><br>        Defendants. | Civ. No. 2:11-01136-JAM-KJN<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY**<br><br>Date:      October 20, 2011<br>Time:     10:00 am<br>Location:  Courtroom 25 |

Based upon a review of plaintiff's request, and for good cause shown, the United States' motion to allow counsel Kaycee M. Sullivan to appear telephonically at the hearing on the United States' Motion for Default Judgment, currently scheduled for Thursday, October 20, 2011, at 10:00am, is granted. At the time of the hearing, Ms. Sullivan shall be prepared to receive the court's call at the following telephone number: (202) 514-9593.

        IT IS SO ORDERED.

DATED: October 18, 2011

                               KENDALL J. NEWMAN<br>
                               UNITED STATES MAGISTRATE JUDGE