UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

UNITED STATES OF AMERICA

    v.

MARIA MERRITT, et al.,

DEFAULT JUDGMENT

Case No. CIV S-11-CV-1136 JAM KJN

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**MARIA MERRITT AND NORLIN MERRIT**

December 9, 2011

VICTORIA C. MINOR, CLERK

By: /s/NDDuong_____
NDDuong, Deputy Clerk