UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

| | |
|---|---|
| UNITED STATES OF AMERICA | DEFAULT JUDGMENT |
| v. | |
| | Case No. CIV S-11-CV-1136 JAM KJN |
| MARIA MERRITT, et al., | |

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      **MARIA MERRITT AND NORLIN MERRIT**

December 9, 2011

      VICTORIA C. MINOR, CLERK

      By: /s/NDDuong_____
      NDDuong, Deputy Clerk